BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2724
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0409 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| v. | |
| NINA NGUYEN, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, that the judgment and sentencing of defendants NINA NGUYEN and LUAN TRAN, currently scheduled for November 14, 2013, may be continued to **December 5, 2013**, at 9:30 a.m. to provide the Probation Officer additional time to consider information provided to her by the government, and the schedule for objections may be modified as set forth below.

| | |
|---|---|
| Informal Objections to Probation: | November 7, 2013 |
| Pre-Sentence Report Filed with the Court: | November 14, 2013 |
| Motion for Correction to PSR: | November 21, 2013 |

Stip and Order Continuing J&S       1

| | |
|---|---|
| Reply or Statement of Non-Opposition: | November 28, 2013 |

Defense counsel have reviewed this stipulation and proposed order and have authorized the government to file it on their behalf.

DATED: October 28, 2013

        BENJAMIN WAGNER
        United States Attorney

By: /s/ R. Steven Lapham
     R. Steven Lapham
     Assistant U.S. Attorney

DATED: October 28, 2013

     /s/ Scott N. Cameron
     Scott N. Cameron
     Counsel for Nina Nguyen

DATED: October 28, 2013

     /s/ Michael Bigelow
     Michael Bigelow
     Counsel for Luan Tran

O R D E R

IT IS SO ORDERED.

Dated: October 29, 2013

     _____
     Troy L. Nunley
     United States District Judge