**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Luan Tran

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>        Plaintiff,          )<br>                             )<br>    Vs                       )<br>                             )<br>LUAN TRAN,                   )<br>                             )<br>        Defendant            )  | Case No. CR. S-12-409 TLN<br><br>STIPULATION AND ORDER |

**BACKGROUND**

By previous stipulation previous Court order between the parties, sentencing for both defendants in this matter has been continued to January 16, 2014, at 9:30 AM. (Dkt 59).

By agreement between the Government and defendant Luan Tran Luan Tran joins in both the informal objections and the formal objections to the PSR, filed by codefendant Nina Nguyen on November 21, 2013, (Dkt 56). It is agreed between the parties that as alleged, the Government's argument for the 2-level enhancement pursuant to USSG §3B1.4 is applicable to both

defendants. Accordingly, the objections propounded by codefendant Nguyen are equally applicable to both defendants.

The parties also agree that the final PSR, and its ultimate recommendation would remain unchanged.

**IT IS SO STIPULATED**

/S/MICHAEL B. BIGELOW                Dated: December 5, 2013
Michael B. Bigelow
Attorney for Defendant
Luan Tran


/S/STEVEN LAPHAM                     Dated: December 5, 2013
Steven Lapham
Assistant United State Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: December 6, 2013

Troy L. Nunley
United States District Judge